UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-25866-ALTMAN

JOSE TOMAS FLORES-VERA,

    *Petitioner*,

v.

SECRETARY, DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    *Respondents*.

_____/

## ORDER TRANSFERRING VENUE

The Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging the constitutionality of his confinement at the "Florida Soft Side South" immigration detention facility in Ochopee, Florida. *See generally* Petition [ECF No. 1]. "Section 2241 petitions may be brought only in the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991). Since the Petitioner is detained in Ochopee, and Ochopee is in Collier County, and Collier County is in the Middle District of Florida, 28 U.S.C. § 89(b) ("The Middle District comprises the counties of . . . Collier[.]"), we'll transfer the Petition there.

We therefore **ORDER AND ADJUDGE** that the Petition [ECF No. 1] is **TRANSFERRED** to the United States District Court for the Middle District of Florida. We **DIRECT** the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on May 15, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record
         Noticing INS Attorney
         Email: usafls-immigration@usdoj.gov